UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>            Plaintiff,<br><br>     v.<br><br>S. POHOVICH, et al.,<br><br>            Defendants. | No. 2:24-cv-03668-TLN-CKD<br><br>**ORDER** |

Plaintiff Daniel Harper ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 16, 2025, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 16, 2025, (ECF No. 13) are adopted in full.

1

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is DENIED.

3. In order to proceed with this case, plaintiff shall pay the $405 filing fee for this action within 14 days of the date of this order.

4. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

IT IS SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2