UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HARPER,<br><br>    Plaintiff,<br><br>    v.<br><br>S. POHOVICH, et al.,<br><br>    Defendants. | No. 2:24-cv3668-TLN-CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without counsel. By order filed June 17, 2025, the court denied plaintiff's application to proceed in forma pauperis status and ordered plaintiff to pay the $405.00 filing fee within 14 days to proceed in this action. (ECF No. 14.) Because plaintiff has failed to pay the filing fee as ordered by the court, this action should be dismissed without prejudice.

For the reasons set forth above, it is RECOMMENDED as follows:

1. This action be dismissed for plaintiff's failure to pay the filing fee.

2. The Clerk of the Court be directed to close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, plaintiff may file written objections with

1

the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: July 9, 2025

*[signature]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, harp3668.fr