1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL HARPER,                              No.  2:24-cv-3668-TLN-CKD

12              Plaintiff,

13        v.                                      **ORDER**

14    S. POHOVICH, et al.,

15              Defendants.

16

17        Plaintiff Daniel Harper ("Plaintiff"), a state prisoner proceeding pro se, filed this civil

18    rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

19    Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 9, 2025, the magistrate judge filed findings and recommendations herein which

21    were served on Plaintiff and which contained notice that any objections to the findings and

22    recommendations were to be filed within fourteen days.  (ECF No. 15.)  Plaintiff did not file

23    objections to the findings and recommendations.

24        The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602

25    F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.

26    *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007).  Having reviewed the file, the Court finds

27    the findings and recommendations to be supported by the record and by the proper analysis.

28    ///

                                                1

1   Accordingly, IT IS HEREBY ORDERED as follows:

2       1.  The findings and recommendations filed July 9, 2025 (ECF No. 15) are ADOPTED in

3           full;

4       2.  This action is DISMISSED without prejudice for Plaintiff's failure to pay the filing

5           fee; and

6       3.  The Clerk of the Court is directed to close this case.

7   Date: September 9, 2025

8

9

10  _____

11  TROY L. NUNLEY
    CHIEF UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28